UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL LONG                                          CIVIL ACTION

VERSUS                                                      NO. 25-1050

WAL-MART LOUISIANA, LLC                      SECTION "R" (4)

## ORDER AND REASONS

Before the Court is a joint motion from plaintiff Michael Long and defendant Wal-Mart Louisiana, LLC to continue the trial and all non-expired pre-trial deadlines.[1]

Rule 16(b) of the Federal Rules of Civil Procedure provides that "[a] scheduling order may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4).  The "good cause standard requires the party seeking relief to show that the deadlines cannot reasonably be met despite the diligence of the party needing the extension."  *S&W Enters., L.L.C. v. SouthTrust Bank, NA*, 315 F.3d 533, 535 (5th Cir. 2003) (cleaned up).  Whether to grant or deny a continuance is within the sound discretion of the trial court. *United States v. Alix*, 86 F.3d 429, 434 (5th Cir. 1996).

The Court finds that the parties have met the good cause standard here. *See S&W Enters., L.L.C.*, 315 F.3d at 535.  Illness repeatedly delayed

---

[1]      R. Doc. 11.

1

plaintiff's deposition, which in turn postponed other depositions of fact witnesses and treating physicians.  The Court finds that the parties cannot meet the current deadlines despite the diligence of the parties.

For the foregoing reasons, the Court GRANTS the joint motion to continue proceedings. The new scheduling conference will be held **BY TELEPHONE** on **May 21, 2026 at 10:30a.m.** for the purpose of re-scheduling the pre-trial conference and trial on the merits, and for a discussion of the status of the case and discovery deadlines. All deadlines established in the scheduling order on September 29, 2025 which have not expired are reset.[2] The parties shall call in for the teleconference using phone number (833) 990-9400 and access code 124518418. The Court will be represented by its Case Manager.

New Orleans, Louisiana, this 21st day of April, 2026.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[2]     R. Doc. 8.

2